IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD SCOTT SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 18-3852 |

O R D E R

AND NOW, this 20th day of June, 2019, for the reasons expressed in the Court's Opinion filed today, it is

ORDERED that the decision of the Commissioner be, and the same hereby is, AFFIRMED. The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE